UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ARMANETTE WILLIAMSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METHODIST HOSPITALS, INC., )<br>*et al.*, )<br>)<br>Defendants. ) | Cause No. 2:21-cv-277 |

**ORDER**

This matter is before the court on the Stipulation to Dismiss [DE 57] filed by the parties on October 4, 2023. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 57] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 4th day of October 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge